IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 68.21.146.54

**ISP:** AT&T U-verse
**Physical Location:** Austin, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/24/2019 19:52:44 | DD4F3FB6FF0C0859C83BCA122CCE2474D928C2BE | Play Exciting Games |
| 06/22/2019 00:15:16 | 2B04D6DF9FFB3A8734FEF26701394240EA8E76C7 | Content Creator Masturbation Lingerie Show |
| 06/22/2019 00:13:42 | 117F2C52B28E2D6C67E3676B9AB35988ACCBFFE8 | Perfect Pink Pussy |
| 05/10/2019 19:29:11 | A36472B0ACD732EE5D74421CAC481F41A2D951D4 | Lillianne Flash Dance |
| 10/31/2018 08:07:39 | F956E8F800340C3BB5262D949829D1BA152797DE | Tight Teen Fucks Herself |
| 10/02/2018 22:27:08 | 70EA75B61D981652438DCBB1EB3206281115B3F9 | Hide and Sex |
| 08/21/2018 13:53:14 | 8C15E3F1E94A8640C53FDB26735B70608ACD4857 | Inside Millas Sexy Body |
| 02/06/2018 02:22:39 | 52442C5C7E51A6689D43D6C27022235E7A19DDAC | Deeper and Deeper |
| 02/02/2018 02:30:33 | 6147178EA4EAD3E2DB42CE2C7B285B7D51AE7E27 | Simply Perfect |
| 11/17/2017 22:08:38 | 4AEBBF09D664A14A7D002E17C15CFE5DD62E430D | A Rose A Kiss and A Bang |
| 11/14/2017 15:50:49 | DF135320F2922F03C084D06853DE159A3E7AFF6D | Wet Perfection |
| 11/13/2017 15:05:03 | 0187A3996EE6039FB79D3286784CA9FC6EB78728 | Definitely Not So Shy |
| 11/13/2017 15:04:11 | BBB2560CBACF9F160C22F8BD92D206EF52931E5F | Rock Me All Night Long |
| 11/13/2017 14:56:42 | EBD9A1CDDE47766C756E0F5CD069A2A29BC9D0A5 | Summer Sex with Sybil |
| 11/13/2017 14:35:35 | 8B924B34095143B1261397B4AD884B15AC11FBB8 | Sympli Sexy Sybil |
| 11/13/2017 14:31:38 | 7ABEE566F17169187C588E5244D20DE2B642292A | Porcelain Doll |
| 11/13/2017 14:30:56 | 8FA1AB42DC1C48CF3855FB7B92C0BA37782BA12F | Emerald Love |
| 11/13/2017 10:42:18 | 2F41BD665FAC9F2070C108CAC6E7215B52C6EA96 | Love Burns Again |
| 11/13/2017 05:41:10 | C9114906A034DA7F3F6D59FC2E09F5F3D5DADBCD | Inside Caprice |
| 11/13/2017 01:42:25 | 2DFD67D9B4B5C5E5E247B8306220C6722180B61D | Caprice Swaps Cocks |
| 11/11/2017 14:52:38 | 697109EB62221FF467D3B23E6E0BBD53145ACDB7 | Would You Fuck My Girlfriend |

EXHIBIT A

WTX57

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/05/2017 17:37:07 | 1FFEBF373B95BFDE96FC6D9F25D908231186504F | Like The First Time |
| 06/05/2017 17:19:31 | C46135C947A36DE77C2A54901161033B3E1C95C5 | Horsing Around |
| 06/05/2017 17:08:29 | 90DD38CBD8E20A7F0F9CFB04A226F8BF339AE387 | In Love With Little Caprice |
| 03/31/2017 03:34:08 | 4CAB87B0A856775B7EA5AFB8A3265966722DBFE1 | Introducing Milla |
| 03/31/2017 02:26:57 | 5AF7A8DACEB0E6396744458709995AE6794C7C4E | Tight Pink and Gold |
| 03/16/2017 21:05:55 | A23310E52BE06BC11828584176530D7BBDF2A38D | Want To Fuck My Wife |

**Total Statutory Claims Against Defendant: 27**

EXHIBIT A

WTX57