**Copyrights-In-Suit for IP Address 68.21.146.54**

**ISP:** AT&T U-verse
**Location:** Austin, TX

| Title | Registration Number | Date of First Publication | Effective Date of Registration | Most Recent Hit UTC |
|---|---|---|---|---|
| Play Exciting Games | PA0002187133 | 06/23/2019 | 07/13/2019 | 06/24/2019 |
| Content Creator Masturbation Lingerie Show | PA0002165731 | 04/08/2019 | 04/09/2019 | 06/22/2019 |
| Perfect Pink Pussy | PA0002160862 | 03/15/2019 | 03/19/2019 | 06/22/2019 |
| Lillianne Flash Dance | PA0002173484 | 05/09/2019 | 05/13/2019 | 05/10/2019 |
| Tight Teen Fucks Herself | PA0002144407 | 10/28/2018 | 11/27/2018 | 10/31/2018 |
| Hide and Sex | PA0002139382 | 09/27/2018 | 10/09/2018 | 10/02/2018 |
| Inside Millas Sexy Body | PA0002139296 | 08/15/2018 | 08/27/2018 | 08/21/2018 |
| Deeper and Deeper | PA0002104189 | 02/03/2018 | 02/13/2018 | 02/06/2018 |
| Simply Perfect | PA0002103840 | 01/31/2018 | 02/01/2018 | 02/02/2018 |
| A Rose A Kiss and A Bang | PA0002042063 | 01/28/2017 | 03/25/2017 | 11/17/2017 |
| Wet Perfection | PA0002036156 | 10/07/2016 | 12/04/2016 | 11/14/2017 |
| Definitely Not So Shy | PA0002081983 | 07/15/2017 | 08/30/2017 | 11/13/2017 |
| Rock Me All Night Long | PA0002093287 | 10/18/2017 | 11/07/2017 | 11/13/2017 |
| Summer Sex with Sybil | PA0002050596 | 06/20/2017 | 08/29/2017 | 11/13/2017 |
| Sympli Sexy Sybil | PA0002078052 | 07/12/2017 | 08/30/2017 | 11/13/2017 |
| Porcelain Doll | PA0002093330 | 10/01/2017 | 11/07/2017 | 11/13/2017 |
| Emerald Love | PA0002078611 | 07/22/2017 | 08/30/2017 | 11/13/2017 |
| Love Burns Again | PA0002093283 | 10/06/2017 | 11/07/2017 | 11/13/2017 |
| Inside Caprice | PA0001990004 | 12/29/2015 | 01/18/2016 | 11/13/2017 |
| Caprice Swaps Cocks | PA0002036760 | 09/17/2016 | 12/04/2016 | 11/13/2017 |
| Would You Fuck My Girlfriend | PA0002094797 | 11/10/2017 | 11/28/2017 | 11/11/2017 |

EXHIBIT B

WTX57

| Title | Registration Number | Date of First Publication | Effective Date of Registration | Most Recent Hit UTC |
|---|---|---|---|---|
| Like The First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 06/05/2017 |
| Horsing Around | PA0001995502 | 01/18/2016 | 02/18/2016 | 06/05/2017 |
| In Love With Little Caprice | PA0001974993 | 09/30/2015 | 11/03/2015 | 06/05/2017 |
| Introducing Milla | PA0002042075 | 12/29/2016 | 03/24/2017 | 03/31/2017 |
| Tight Pink and Gold | PA0002042094 | 02/25/2017 | 03/25/2017 | 03/31/2017 |
| Want To Fuck My Wife | PA0002042072 | 02/10/2017 | 03/25/2017 | 03/16/2017 |

**Total Malibu Media, LLC Copyrights Infringed:  27**

EXHIBIT B

WTX57