## Western District of Texas - San Antonio Division, Texas
655 E DURANGO BLVD, RM G-65 SAN ANTONIO TX 78206

## CASE #: 5:19-CV-00952-OLG

**MALIBU MEDIA, LLC**

*Plaintiff*
**vs**
**CHUKWUKA OBINABO**

*Defendant*

### AFFIDAVIT OF SERVICE

I, **SHERAL JOHNSON**, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on 01/17/20 1:57 pm, instructing for same to be delivered upon Obinabo, Chukwuka.

That I delivered to: Obinabo, Chukwuka.

| | |
|---|---|
| the following | : Summons in a Civil Action; Malibu Media. LLC Amended Complaint; Exhibits A-B; Notice of Filing Rule 7.1 Disclosure Statement |
| at this address | : 8100 Anderson Mill Rd Apt 4107<br>Austin, Williamson County, TX 78729-4747 |
| Manner of Delivery | : By PERSONALLY delivering the document(s) to the person above. |
| Delivered on | : Wednesday JAN 22, 2020 5:44 pm |

My name is SHERAL JOHNSON, my date of birth is MAR 4th, 1983, and my address is Professional Civil Process Downtown, 2211 S. IH 35, Suite 105, Austin TX 78741, and U.S.A. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County, State of Texas, on the ___23___ day of ___January___, 20_20_.

_____
SHERAL JOHNSON              2411   Declarant
TX Certification#: PSC-10700 Exp. 01/31/2020

AX02A20103829
tomcat
eaffidavits@pcpusa.net

Service Fee:   75.00   PCP Inv#: Z20100198
Witness Fee:    .00    SO  Inv#: A20103829
Mileage Fee:    .00
Beik, Paul

**RETURN TO CLIENT**